UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDA CHAPMAN, et al.,<br><br>Defendants. | No. 2:23-cv-00814-DAD-JDP<br><br>ORDER GIVING EFFECT TO THE PARTIES' STIPULATION FOR RELEASE OF INTERPLEADED FUNDS AND DISMISSAL<br><br>(Doc. No. 35) |
| BRIANA BISHOP, *individually and as Trustee of the Nelson Family Revocable Trust of 1995*,<br><br>Cross-Claimant,<br><br>v.<br><br>LINDA CHAPMAN,<br><br>Cross-Defendant. | |

This matter is before the court on the joint stipulation for the release of interpleaded funds pursuant to Federal Rule of Civil Procedure 67 and 28 U.S.C. §§ 2041–42 and dismissal pursuant to Rule 41 filed by cross-claimant Briana Bishop, individually and as trustee of The Nelson Family Revocable Trust of 1995, and cross-defendant Linda Chapman, on September 25, 2025. (Doc. No. 35.) On June 17, 2024, this court issued an order requiring plaintiff Prudential

1

1  Insurance Company of America to deposit with the Clerk of the Court the sum of $66,679.59,
2  representing the death benefits due as a result of the death of Judith Nelson, the insured, pursuant
3  to life insurance policies numbers 33963509 and 70844280, plus applicable interest, if any.  (Doc.
4  No. 24 at 1.)  Plaintiff was terminated as a party from this action, and the court thereafter received
5  plaintiff's deposit in the amount of $70,217.46.  (Doc. Nos. 25, 26.)  This action therefore
6  proceeded only on defendants Linda Chapman and Briana Bishop's claims to the deposited funds
7  and distribution thereof.  (Doc. No. 24 at 2.)  On November 15, 2024, the defendants agreed to
8  submit this action to the Voluntary Dispute Resolution Program ("VDRP"), and the case was
9  therefore referred to VDRP.  (Doc. Nos. 27, 28.)  The parties now indicate in their stipulation that
10 they have "entered into a written settlement agreement resolving the pending action and the
11 disposition of the Interpleader Funds."  (Doc. No. 35 at 2.)

       Having considered the parties' stipulation and good cause appearing, the court hereby orders as follows:

    1. The Clerk of the Court is authorized and directed to pay the funds of $70,217.46 deposited by plaintiff Prudential Insurance Company of America pursuant to the court's prior order giving effect to the parties' stipulation for interpleader relief (Doc. No. 24), and all accrued interest thereon, as follows:

      a. The sum of $10,000 to Linda Chapman by check made payable to Linda Chapman and mailed to:

> Adept Law Firm
> 4500 Park Granada, Suite 202 F
> Calabasas, California 91302-1663; and

      b. The balance of funds to Briana Bishop by check made payable to Briana Bishop and mailed to:

> Briana Bishop
> 2432 Old US Highway 91
> Cascade, MT 59421; and

/////
/////
/////

2. Upon the disbursement of the funds by the Clerk of the Court as set forth above, the entire action, including the claims and cross-claims, shall be dismissed with prejudice, and without fees or costs to any party.

3. The Clerk of the Court is then directed to close this case.

IT IS SO ORDERED.

Dated:  **October 1, 2025**           /s/ Dale A. Drozd
                                       DALE A. DROZD
                                       UNITED STATES DISTRICT JUDGE